Writs denied. Relator's application is premature in that the trial judge has never ruled on the question of the jurisdiction ratione materiae of this case of the City Court of Lake Charles. In the event of an adverse ruling to relator, it may then seek supervisory relief from the proper appellate tribunal.

178 So.2d 657

**STATE of Louisiana**

v.

**Hammerly VIDRINE.**

No. 47939.

Sept. 30, 1965.

In re: Hammerly Vidrine applying for writs of certiorari, prohibition and mandamus.

Writs refused application premature. Applicant will have a remedy to complain of the ruling in the event of his conviction.

178 So.2d 657

**Rita MIRE et al.**

v.

**Cecil HAWKINS et al.**

No. 47843.

Sept. 30, 1965.

In re: Rita Mire et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia, 177 So.2d 795.

Writ granted but limited to a consideration of Assignment of Error No. 1.